450 A.2d 179

Brown, Appellant v. Heinlein and Quaker Highlands.

Argued February 9, 1982. Felix DeGuilio, for appellant; James Addison Lewis, for Quaker, appellee; Harlan S. Stone, submitted a brief on behalf of Heinlein, appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

BROSKY, J., concurred in the result.

450 A.2d 179

Cicero, Appellant v. Acme Markets, Inc., et al.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Argued April 14, 1982. John A. Metz, Jr., for appellant; J. Phillips Saylor, for Acme, appellee; Gerald S. Lesher and Irvin S. Bails, for Fox, appellee; W. Louis Coopersmith, for Glosser, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.